Generated: May 18, 2023 10:37AM  Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: May 18, 2023 10:37AM

JONATHAN COHEN
12975 HARWICK LANE
SAN DIEGO, CA 92130

Rcpt. No: 145669  Trans. Date: May 18, 2023 10:37AM  Cashier ID: #JC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS323CV000910 | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.